UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00087

**James Yerian,**
*Plaintiff,*

v.

**Wal-Mart Stores Texas, LLC,**
*Defendant.*

Before BARKER, *District Judge*

## FINAL JUDGMENT

Having rendered its decision by separate opinion, Doc. 29, the court hereby **enters** final judgment that plaintiff take nothing by this suit. All claims in this matter are **dismissed with prejudice**, with each party to bear its own costs and attorneys' fees. Any pending motions in this case are hereby **denied**. The clerk of the court is **directed** to close this case.

*So ordered by the court on March 23, 2020.*

J. CAMPBELL BARKER
United States District Judge